MWC COMPLAINT (REPLY)



**MIDWEST CITY**
O K L A H O M A

**Greg Wipfli**
**Chief of Police**
**Midwest City Police Department**
100 N. Midwest Boulevard
Midwest City, OK 73110
Office 405.739.1323
Fax 405.739.1398

Ms. Tina Wilson
1320 Parkwoods Court
Midwest City, Ok 73110
405-531-1470

Ms Wilson,

Please know Captain Doles has completed an inquiry into your complaint against the Officers who responded to your residence on October 15th, 2024. As I understand, you felt the officers did not professionally handle the situation that occurred, which appeared to be against the Police Department's mission statement.

The findings have been reviewed by his chain of command and this office. Based upon the information, an examination of the officer's body camera video and police reports, the complaint has been addressed and handled appropriately. I am not at liberty to divulge personnel matters.

I apologize to you and hope your negative experience with the police department does not leave a lasting opinion. I take great pride in the service our agency provides.

Thank you for taking the time to contact the Midwest City Police Department. If you have any questions regarding this incident, please call me at 739-1304.

Respectfully,

Greg Wipfli
Chief of Police
Midwest City Police Department

**EXHIBIT**
M

gwipfli@midwestcityok.org